302

ROBERT R. TERWILLIGER, PLAINTIFF-PETITIONER, v.
GEORGE WOLD, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. William J. Bate* for the petitioner.

*Messrs. Shanley & Fisher* for the respondents.

January 15, 1962.   Denied.

CHARLES CAHILL, PLAINTIFF-RESPONDENT, v. CLIFFORD
S. EVANS, INC., DEFENDANT-PETITIONER.

See same case below:   70 *N. J. Super.* 410.

*Messrs. Beggans & Keale,* and *Mr. Robert E. Tarleton*
for the petitioner.

*Mr. Francis Sorin* for the respondent.

January 15, 1962.   Denied.